

NUMBER 13-16-00345-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOY THOMPSON,                                                    Appellant,

v.

W3 ENTERPRISES, INC., D/B/A INSPECTION
AND CONSULTING SERVICES, INC.,                                  Appellee.

**On appeal from the 156th District Court
of San Patricio County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on August 12, 2016, to allow the parties an

opportunity to finalize a settlement agreement.  This cause is now before the Court on

appellant's unopposed motion to dismiss the appeal on grounds the parties have reached

a settlement agreement resolving all their disputes relating to this interlocutory appeal.

Appellant requests that this Court dismiss the appeal and tax the costs of appeal against appellant. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
6th day of October, 2016.